UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY ALEXANDER,                                    No. C 09-4642 MHP (pr)

       Plaintiff,                                           **ORDER OF DISMISSAL**

  v.

DEPARTMENT OF CORRECTIONS;
SALINAS VALLEY PRISON,

       Defendants.
                                      /

       Terry Alexander, currently an inmate at Corcoran State Prison, filed a <u>pro se</u> civil rights complaint under 42 U.S.C. § 1983 concerning conditions of confinement at Salinas Valley State Prison, where he was housed earlier. The court reviewed the complaint, found that it failed to state a claim upon which relief may be granted against any defendant, and ordered Alexander to file an amended complaint by June 18, 2010. The deadline has long passed and Alexander did not file the required amended complaint. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted. The clerk shall close the file.

       IT IS SO ORDERED.

Dated: July 28, 2010

                                                          Marilyn Hall Patel
                                                          United States District Judge