UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY ALEXANDER, | No. C 09-4642 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DEPARTMENT OF CORRECTIONS; SALINAS VALLEY PRISON, | |
| Defendants. | |

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 28, 2010

_____
Marilyn Hall Patel
United States District Judge